**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY MAZICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 11-cv-2747 |
| vs. | ) | |
| | ) | Judge Ruben Castillo |
| NELSON, HIRSCH & ASSOCIATES, INC., | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff hereby gives notice that the above-entitled case should be dismissed without prejudice.

Respectfully submitted,

s/Michelle R. Teggelaar

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy via United States Mail on following non CM/ECF participant:

Nelson, Hirsch & Associates, Inc.
5370 Highway 92, Suite 410-423
Fairburn, GA 30213

                s/Michelle R. Teggelaar