## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Jeffrey Mazich
                                      Plaintiff,

v.                                                     Case No.: 1:11−cv−02747
                                                            Honorable Ruben Castillo

Nelson, Hirsch & Associates, Inc.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2011:

      MINUTE entry before Honorable Ruben Castillo:This case is hereby dismissed without prejudice pursuant to the Notice of Voluntary Dismissal [7] filed by the plaintiff on 6/13/2011.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.